**Fill in this information to identify the case:**

Debtor name: **TNR Holdings, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                              **Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Coral Reef Capital, LLC**<br>**45 Rockefeller Plaza**<br>**Suite 2300**<br>**New York, NY 10111**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Consulting Agreement**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,127,019.00** |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Hancock Whitney**<br>**PO BOX 23070**<br>**Columbus, GA 31902-3070**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** **3355** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,189,593.29** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Hancock Whitney**<br>**PO BOX 23070**<br>**Columbus, GA 31902-3070**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** **Letters of Credit** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Letters of Credit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,968,915.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Haynes and Boone**<br>**P.O. Box 841399**<br>**Dallas, TX 75284-1399**<br>**Date(s) debt was incurred** **5/15/2019**<br>**Last 4 digits of account number** **2455** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,011.46** |

| Debtor | **TNR Holdings, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**LaPorte APAC**<br>**111 Veterans Memorial Blvd**<br>**Suite 600**<br>**Metairie, LA 70005-3053**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **1414** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Accounting Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $26,500.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Louisiana Department of Revenue**<br>**P O Box 4969**<br>**Baton Rouge, LA 70821**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Pepper Hamilton LLP**<br>**620 EIGHTH AVENUE, 37TH FLOOR**<br>**New York, NY 10018-1405**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $27,237.83 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Tax Collector/Sheriff**<br>**Parish of Plaquemines**<br>**302 Main Street**<br>**Belle Chasse, LA 70037**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Tax Collector/Sheriff**<br>**Parish of St. Tammany**<br>**701 N. Columbia Street**<br>**Covington, LA 70434**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Tax Collector/Sherrif**<br>**Parish of Lafourche**<br>**200 Canal Blvd.**<br>**Thibodaux, LA 70301**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **TNR Holdings, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David F. Waguespack**<br>**1100 Poydras Street**<br>**Suite 3100**<br>**New Orleans, LA 70163** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 6,340,276.58 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,340,276.58 |